Steve W. Dollar [SBN 104365]
Liam J. O'Connor, Esq. [SBN 246638]
ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC.
152 No. Third Street, Suite 700
San Jose, CA  95112
Telephone: (408) 286-0880
Facsimile: (408) 286-0337

Attorneys for Defendant
PHILLIPS & COHEN ASSOCIATES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RAMONA PATRICIA CARDON,<br><br>       Plaintiff,<br><br>vs.<br><br>PHILLIPS & COHEN ASSOCIATES, LTD., A New Jersey Corporation,<br><br>       Defendant. | Case Number C08-00926-JW<br><br>DEFENDANT PHILLIPS & COHEN ASSOCIATES, LTD.'S INITIAL DISCLOSURES UNDER FEDERAL RULE OF CIVIL PROCEDURE 26A |

1.      Under Rule 26(a)(1)(A), Phillips & Cohen Associates, Ltd. (hereinafter "Phillips & Cohen"), provides the following initial disclosure of the names, addresses, telephone numbers, and subject of each individual likely to have discoverable information that Phillips & Cohen may use to support its claims or defenses. Phillips & Cohen reserves its right to amend and/or supplement these initial responses.

   A. All witnesses described in the complaint, listed by the other parties to this action, or subsequently identified during discovery.

2.      Under Rule 26(a)(1)(B), Phillips & Cohen provides the following description by category and location of all documents, date compilations, and tangible things that are in the possession, custody, or control of Phillips & Cohen that Phillips & Cohen may use to support its

1
INITIAL DISCLOSURES

1 claims or defenses.  Phillips & Cohen reserves its right to amend and/or supplement these initial
2 responses.

3       A.  File Notes for 3/5/07 to 2/22/08

4       B.  Debtor Profile (Titled "Cardon #5695800")

5       C.  Voice Recording Report (including relevant data for 3/1/07 to 3/31/07)

6       D.  Debt Collection Form Letter

7    3.   Under Rule 26(a)(1)(C), Phillips & Cohen is not making any claim for damages in
8 this action at this time.  Phillips & Cohen reserves its right to amend and/or supplement these initial
9 responses.

10    4.   Under Rule 26(a)(1)(D), Phillips & Cohen provides evidence of insurance in the form
11 of cover pages of the Miscellaneous Professional Liability Policy with AIG.  This is the only
12 responsive document currently in Phillips & Cohen's possession.  A true and correct copy of said
13 cover pages is attached hereto as Exhibit A.

15 Dated:   June 27, 2008

16 ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC.

18 _____/s/_____
Steve W. Dollar, Esq.
19 Liam J. O'Connor, Esq.
Attorneys for Defendant
20 PHILLIPS & COHEN ASSOCIATES, LTD.

# AIG AMERICAN INTERNATIONAL COMPANIES®

☐ AIU Insurance Company
☐ American International South Insurance Company
☐ AIG Casualty Company
☐ Granite State Insurance Company

☐ Illinois National Insurance Company
☒ National Union Fire Insurance Co. of Pittsburgh, Pa.®
☐ New Hampshire Insurance Company

(each of the above being a capital stock company)

(This policy is issued only by the insurance company indicated by the box checked above.)

## MISCELLANEOUS PROFESSIONAL LIABILITY POLICY

NOTICE: THIS IS A CLAIMS MADE POLICY. EXCEPT TO SUCH EXTENT AS MAY OTHERWISE BE PROVIDED HEREIN, THE COVERAGE OF THIS POLICY IS LIMITED TO LIABILITY FOR ONLY THOSE CLAIMS THAT ARE FIRST MADE AGAINST YOU AND REPORTED IN WRITING TO US DURING THE POLICY PERIOD. PLEASE READ THE POLICY CAREFULLY AND DISCUSS THE COVERAGE THEREUNDER WITH YOUR INSURANCE AGENT OR BROKER.

THE LIMIT OF LIABILITY AVAILABLE TO PAY JUDGMENTS OR SETTLEMENTS SHALL BE REDUCED BY CLAIM EXPENSES. FURTHER NOTE THAT AMOUNTS INCURRED FOR CLAIM EXPENSES SHALL BE APPLIED AGAINST THE RETENTION.

POLICY NUMBER: *563-50-05*                REPLACEMENT OF POLICY NUMBER: *966-49-04*

### DECLARATIONS

Item 1.   **Named insured:** *PHILLIPS & COHEN ASSOCIATES LTD*

   Address:   *695 RANCOCAS RD*
              *WESTAMPTON, NJ 08060-5626*

Item 2.   **Policy period:** From *February 1, 2008*    to *April 1, 2009*
   at 12:01 A.M. standard time at the address of the **insured** as stated above.

Item 3.   Limits of Liability (inclusive of **claim expenses**)

   *$5,000,000*        each **wrongful act**
   *$5,000,000*        aggregate

Item 4.   Retention: *$25,000*          each **wrongful act**

Item 5.   Premium: *$107,372*   +   *$1,503 NJ Surcharge*

*1146383*

77008 (4/02)   *INSUArchive Copy*            1

Item 6.   **Professional services:**   See Endorsement 1

Item 7.   **Retroactive date:** September 25, 1998

Item 8.   Name and Address of Insurer (in the box checked above)
National Union Fire Insurance Company of Pittsburgh, Pa.
175 Water Street
New York, NY 10038

Producer:   PROFESSIONAL RISK PLACEMENTS LLC

Producer
License #:   ON FILE WITH CARRIER

Address:   4 HENDRICKSON AVE & HWY 35
RED BANK, NJ 07701

*1146383*

**IN WITNESS WHEREOF,** we have caused this policy to be signed on this declarations page by **our** President, a Secretary and **our** duly authorized representative.

*Elizabeth M. Tuck*
———————————————
SECRETARY

*[signature]*
———————————————
PRESIDENT

*[signature]*
———————————————
AUTHORIZED REPRESENTATIVE

————————————    ——————    ————————————————
COUNTERSIGNATURE         DATE            COUNTERSIGNED AT

*1146383*

77008 (4/02)   *INSUArchive Copy*