Steve W. Dollar [SBN 104365]
Liam J. O'Connor, Esq. [SBN 246638]
ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC.
152 No. Third Street, Suite 700
San Jose, CA  95112
Telephone: (408) 286-0880
Facsimile: (408) 286-0337

Attorneys for Defendant
PHILLIPS & COHEN ASSOCIATES, LTD.

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RAMONA PATRICIA CARDON,<br><br>         Plaintiff,<br><br>vs.<br><br>PHILLIPS & COHEN ASSOCIATES, LTD., A New Jersey Corporation,<br><br>         Defendant. | Case Number C08-00926-JW<br><br>STIPULATION AND REQUEST TO CONTINUE PRELIMINARY PRETRIAL CONFERENCE |

A Preliminary Pretrial Conference in this matter is currently set for December 15, 2008 at 11:00 a.m.  The parties are currently engaged in settlement negotiations and believe that they are very close to resolving this matter.  As a result, the parties hereby agree and stipulate that in the interest of efficiency and preservation of resources, the Preliminary Pretrial Conference should be continued until January 19, 2009.  The parties respectfully request that the Court continue the Preliminary Pretrial Conference until January 19, 2009.

//
//
//

1 | IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

3 | DATED: December 8, 2008       _____/s/_____
                                  Fred Schwinn Esq.
                                  Attorney for Plaintiff

5 | DATED: December 8, 2008       _____/s/_____
                                  Liam J. O'Connor, Esq.
                                  Attorney for Defendant

**\*\*\* ORDER \*\*\***

The Court finds good cause to grant the parties a brief continuance of their Preliminary Pretrial Conference so that they may focus on their settlement efforts. Accordingly, the Preliminary Pretrial Conference is continued from December 15, 2008 to **January 26, 2009 at 11 a.m.** On or before **January 16, 2009**, the parties shall file a Joint Preliminary Pretrial Statement. The Statement shall include, among other things, an update on the parties' settlement efforts and their readiness for trial.

Dated: December 12, 2008        _____
                                JAMES WARE
                                United States District Judge