```
Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
RAMONA PATRICIA CARDON
```

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| RAMONA PATRICIA CARDON,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>PHILLIPS & COHEN ASSOCIATES, LTD., a New Jersey corporation,<br><br>　　　　　　　　Defendant. | Case No. C08-00926-JW-PVT<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

　　　　Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, RAMONA PATRICIA CARDON, and Defendant, PHILLIPS & COHEN ASSOCIATES, LTD., stipulate, and the Court hereby orders, as follows:

　　　　1.　　The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, RAMONA PATRICIA CARDON, against Defendant, PHILLIPS & COHEN ASSOCIATES, LTD., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

---

1  Dated: December 31, 2008              /s/ Fred W. Schwinn
2                                         Fred W. Schwinn, Esq.
                                          Attorney for Plaintiff
3                                         RAMONA PATRICIA CARDON
4
5  Dated: December 31, 2008              /s/ Liam J. O'Connor
                                          Liam J. O'Connor, Esq.
6                                         Attorney for Defendant
                                          PHILLIPS & COHEN ASSOCIATES, LTD.
7
8  THE FOREGOING STIPULATION
   IS APPROVED AND IS SO ORDERED.
9    The Court terminates all pending deadlines, hearings, and motions. The Clerk shall close this file.
10 Dated:  January 6, 2009                *[signature: James Ware]*
                                          The Honorable James Ware
11                                        United States District Court

- 2 -

STIPULATION OF DISMISSAL AND ORDER                           Case No. C08-00926-JW-PVT